UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AJA DEION LACEY,

            Plaintiff,

   v.

STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,

           Defendants.

CASE NO. 3:24-cv-05327-TMC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    This action is DISMISSED without prejudice for Plaintiff's failure to prosecute.

(3)    The Application to Proceed *In Forma Pauperis* (Dkt. 1) is DENIED as moot.

(4)    The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Grady J. Leupold.

**DATED** this 31st day of July, 2024.

                                   Tiffany M. Cartwright
                                   United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2